**Order entered August 20, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00130-CR

**ROMAN JESSE MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 26999-422**

## ORDER

The Court **GRANTS** appellant's August 16, 2013 motions to substitute counsel and to extend time to file his brief.

We **DIRECT** the Clerk to substitute Taryn Davis as appellant's attorney of record in place of Christian Souza.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order. No further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Christian Souza, Taryn Davis, and the Kaufman County District Attorney's Office.

/s/     LANA MYERS
          JUSTICE